## BOARD OF EDUCATION OF the CITY SCHOOL DISTRICT OF the CITY OF NEW YORK, Plaintiff–Appellee,

v.

### TOM F. on behalf of GILBERT F., a minor child, Defendant– Appellant.

### No. 05–0566.

United States Court of Appeals, Second Circuit.

Aug. 9, 2006.

Paul G. Gardephe, Patterson, Belknap, Webb & Tyler LLP (Alexis Gander, of counsel), New York, NY, for Appellant.

\* Of the United States Court of International

Michael A. Cardozo, Corporation Counsel of the City of New York (Edward F.X. Hart, Drake A. Colley, of counsel), New York, NY, for Appellee.

PRESENT: Hon. AMALYA L. KEARSE and Hon. ROBERT D. SACK, Circuit Judges, and Hon. TIMOTHY C. STANCEU,\* Judge.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of district court be, and it hereby is, VACATED and REMANDED for further proceedings in light of this Court's decision in *Frank G. v. Board of Education of Hyde Park,* 459 F.3d 356 (2d Cir.2006).